FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERESA HERNANDEZ,<br><br>              Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON and ETHICON INC.,<br><br>              Defendant. | No.   4:20-cv-05136-SMJ<br><br>**ORDER DISMISSING CASE** |

On August 10, 2021, the parties filed a stipulated dismissal, ECF No. 46. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

    **1.**    The parties' Joint Stipulation and Proposed Order of Dismissal with Prejudice, **ECF No. 46**, is **GRANTED**.

    **2.**    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

    **3.**    All pending motions are **DENIED AS MOOT**.

    **4.**    All hearings and other deadlines are **STRICKEN**.

//

//

ORDER DISMISSING CASE – 1

     **5.**    The Clerk's Office is directed to **CLOSE** this file.

     **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

     **DATED** this 12th day of August 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2